

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00272-CR

**IN RE** Dominic S. **ANDERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

On July 7, 2017, Relator filed a letter with this court that this court construes to be a motion for rehearing. This court denied Relator's petition for writ of mandamus because Relator failed to attach any of supporting documents required under Texas Rule of Appellate Procedure 52.7(a). Relator's motion for rehearing does not provide any grounds for this court to reconsider the denial of Relator's petition for writ of mandamus. Further, the motion was filed more than fifteen days after the final order denying mandamus relief. *See* TEX. R. APP. P. 52.9. Accordingly, the motion for rehearing is **DENIED**.

It is so **ORDERED** on July 21, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 14-2309-CR-A, styled *State of Texas v. Dominic S. Anderson*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William Old presiding.